PROB 12C
(6/16)

Report Date: April 10, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Leland Devore                Case Number: 0980 2:07CR00038-RHW-2

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2008

Original Offense:   Aiding and Abetting Armed Bank Robbery, 18 U.S.C. §§ 2113(a), (d), and 2;
Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371;
Brandishing and Carrying a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. § 924(c)(1)(A)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 108 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | December 30, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | December 29, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.
| | **Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances.
| | On April 6, 2017, the undersigned officer received a text message from the client in which he admitted to relapsing, and indicated that he had a chemical dependency inpatient bed date scheduled for this date at 3:30 p.m. with Spokane Addiction Recovery Centers (SPARC) located in Spokane, Washington. Mr. Devore later reported to U.S. Probation on the day in question at the direction of the supervising officer and provided a urinalysis sample for testing that was presumptive positive for amphetamine and methamphetamine.

        Mr. Devore admitted to initially relapsing on methamphetamine approximately 3 months ago, and to currently being at the height of his addiction, using the product on a daily basis. Mr. Devore signed a drug use admission form documenting his most recent use of methamphetamine occurring on April 5, 2017.

        On April 7, 2017, the undersigned officer did receive notification from SPARC that the client had submitted to inpatient chemical dependency services as of April 6, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 10, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 25, 2017

Date