# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joshua Leland Devore | Case Number: | 0980 2:07CR00038-RHW-2 |

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2008

Original Offense: Aiding and Abetting Armed Bank Robbery, 18 U.S.C. §§ 2113(a), (d), and 2; Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371; Brandishing and Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 108 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | December 30, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | December 29, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances. |
| | On April 11, 2017, Mr. Devore reported to U.S. Probation and indicated that he made the willful decision to leave inpatient treatment, in which he had previously independently enrolled. Mr. Devore indicated that the facility allowed other members to leave and return to the environment under the influence of drugs and alcohol and stated that his classes were largely run by peers, as opposed to staff counselors. As a part of the contact, Mr. Devore submitted a urinalysis sample for testing that was presumptive positive for amphetamine and methamphetamine. Mr. Devore denied any new use of illicit substances and indicated that |

if the product was in his system, it was residual from his last admitted use of methamphetamine on or about April 5, 2017.

On April 18, 2017, the U.S. Probation Office in Spokane received notification from Alere Toxicology that the urinalysis sample submitted by the client at U.S. Probation on April 11, 2017, was confirmed as being positive for amphetamine and methamphetamine. Mr. Devore's admitted use of methamphetamine occurring on or about April 5, 2017, was previously reported to the Court on the petition dated April 10, 2017. Mr. Devore was notified that based on the amount of time present between his admitted use of methamphetamine and the aforementioned confirmed urinalysis sample, the result appeared to be indicative of new use and would be reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 27, 2017
Date