PROB 12C
(6/16)

Report Date: July 20, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joshua Leland Devore | Case Number: | 0980 2:07CR00038-RHW-2 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2008

| | |
|---|---|
| Original Offense: | Aiding and Abetting Armed Bank Robbery, 18 U.S.C. §§ 2113(a), (d), and 2; Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371; Brandishing and Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 108 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards |
| | Date Supervision Commenced: December 30, 2014 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: December 29, 2017 |

## PETITIONING THE COURT

To **ISSUE A WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2017, and 04/25/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions relative to case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to notify the undersigned officer at least 10 days prior to any change in residence, or as soon as possible thereafter in the case of an emergent circumstance. |
| | On Monday, July 17, 2017, the undersigned officer attempted an unscheduled home contact with the client at his reported address in Spokane, Washington.  The undersigned officer was able to make contact with the client's sponsor and girlfriend, who he shares a child with and who resides at the address. The contact indicated that the client was not currently at the residence and that she had not seen him since Saturday (July 15, 2017). The contact |

Prob12C
Re: Devore, Joshua Leland
July 20, 2017
Page 2

indicated that she was unsure of the client's current location and was unaware of how to reach the client. The undersigned officer requested that she direct the client to both report to, and contact telephonically, the undersigned officer if she saw him and she agreed to pass along the message.

On July 18, 2017, the undersigned officer received a text message from the client in which he admitted to leaving the residence and having to "run." Specifically, the client indicated he had become fearful over a false allegation made against him by his daughter and he stated that he panicked and left the residence. The client was directed to report to the office by the close of business to address the violation; however, the client indicated that would not be possible. The client stated he was waiting to have his most recent paycheck wired to him, at which time he would report back to Spokane to face the alleged allegation made by his daughter and any violations pending before this Court. Mr. Devore did not provide a date of arrival, other than to say he was hoping to return by week's end. The client did not provide a current location.

As a direct result of Mr. Devore's actions, and his admitted wilful decision to abscond, his current compliance level with his conditions of supervised release and his current location remain unknown to the U.S. Probation Office in Spokane.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 20, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

July 24, 2017
Date