PROB 12C  
(6/16)

Report Date:  September 27, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua Leland Devore | Case Number: 0980 2:07CR00038–RHW-2 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2008

| | |
|---|---|
| Original Offense: | Aiding and Abetting Armed Bank Robbery, 18 U.S.C. § 2113(a), (d), and 2; Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371; Brandishing and Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 108 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards |
| | Date Supervision Commenced: December 30, 2014 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: December 29, 2017 |

### PETITIONING THE COURT

To **REQUEST A WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2017, 04/25/2017, and 07/20/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to report as directed by the undersigned officer.<br><br>Mr. Devore is alleged to have violated standard condition number 3 by failing to report to U.S. Probation on September 25, and 26, 2017, as directed.<br><br>Specifically, on September 23, 2017, the undersigned officer received notification from the client's previous sponsor that Mr. Devore was no longer residing at her residence, and she had to "kick him out" after learning he had used cocaine with her 17-year-old daughter. |

**Prob12C**
**Re: Devore, Joshua Leland**
**September 27, 2017**
**Page 2**

On both September 25, 2017, and again on September 26, 2017, phone calls and text messages were sent to Mr. Devore directing him to report on September 25, 2017, and then September 26, 2017, respectively. It should be noted that on September 25, 2017, Mr. Devore's phone appeared to be off. An automated message was received indicating that the phone could not accept incoming calls at that time. A text message was then sent to the client on that date. On September 26, 2017, both a voice mail and a text message were sent to the client directing him to report by the close of business that day. Mr. Devore has since failed to report as directed and his current whereabouts remain unknown.

5   **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to notify the undersigned officer of any change in circumstances that would prevent the assigned officer from conducting field contacts with the client.

Mr. Devore is alleged to have violated standard condition number 10 by failing to allow his assigned U.S. probation officer to conduct random home contacts with him as required, and by failing to notify the U.S. Probation Office of his current address or residence.

Specifically, on September 23, 2017, the undersigned officer received notification from the client's previous sponsor that Mr. Devore was no longer residing at her residence and that she had to "kick him out" after learning he had used cocaine with her 17-year-old daughter.

On September 27, 2017, the undersigned officer spoke with the client's previous sponsor who indicated she believed the client and his girlfriend had not resided at her residence since approximately September 15, 2017, but who indicated that she did not contact this officer until she learned about the client's alleged use of cocaine with her daughter. She did not become aware of this until September 23, 2017.

It should be noted that Mr. Devore did contact this officer telephonically on September 21, 2017, and verbalized a possible need to change his residence. The client was informed that this was acceptable, but that notification to this officer updating this officer with his new address was required. Mr. Devore has since failed to contact this officer with respect to his current location and his current whereabouts are unknown to the supervising officer.

6   **Special Condition # 22**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to report for random urinalysis testing with the contract provider when referred to do so.

Prob12C
**Re: Devore, Joshua Leland**
**September 27, 2017**
**Page 3**

Mr. Devore is alleged to have violated special condition number 22, by failing to report to Alcohol Drug Education Prevention and Treatment (ADEPT) for random urinalysis testing on September 25, 2017.

Specifically, Mr. Devore was referred to random urinalysis testing with ADEPT most recently on August 30, 2017. On September 25, 2017, Mr. Devore's assigned color was called by the contract provider; however, on September 27, 2017, the undersigned officer received notification from the provider that the client did not report for testing as required.

Given the facts present in this case it is respectfully requested that the Court issue a warrant for the arrest of Mr. Devore, and the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/10/2017, 04/25/2017, and 07/20/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 27, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

September 28, 2017
Date