PROB 12C
(6/16)

Report Date:  October 11, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Leland Devore                    Case Number: 0980 2:07CR00038-RHW-2

Address of Offender: Incarcerated at Grays Harbor County Jail

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 17, 2008

| | |
|---|---|
| Original Offense: | Aiding and Abetting Armed Bank Robbery, 18 U.S.C. § 2113(a), (d), and 2; Conspiracy to Commit Armed Bank Robbery, 18 U.S.C. § 371; Brandishing and Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 108 months; TSR - 36 months    Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Allyson Edwards    Date Supervision Commenced: December 30, 2014 |
| Defense Attorney: | Federal Public Defender    Date Supervision Expires: December 29, 2017 |

## PETITIONING THE COURT

        To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/10/2017, 04/25/2017, 07/20/2017, and 09/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Devore was made aware by his U.S. probation officer that he was not to commit another federal, state or local crime.

Mr. Devore is alleged to have violated mandatory condition number 2 by being arrested in Grays Harbor County, located in Washington State, on September 29, 2017, with charges recommended by the arresting officer for a violation of the uniformed controlled substances act and possession of a dangerous weapon.

On October 6, 2017, the police report relative to this matter was obtained by the U.S. Probation Office in Spokane. According to the report, on September 29, 2017, Mr. Devore

Prob12C
**Re: Devore, Joshua Leland**
**October 11, 2017**
**Page 2**

was observed by a trooper with the Washington State Patrol walking eastbound on the eastbound shoulder of State Route 8 near Milepost 1. Mr. Devore advised that he was walking to the rest stop to be picked up by his girlfriend. Upon recognition of the client's outstanding warrant issued by this Court, Mr. Devore had reached the aforementioned rest stop. Mr. Devore was again contacted in the restroom, at which time Mr. Devore ran to the bathroom stall and flushed the toilet. Mr. Devore was searched incident to arrest and a spring loaded knife was located in his pants pocket, as well as a "small baggie" with a "white substance" located in his jacket pocket. A syringe was also located in one of his bags. The officer noted in the report that Mr. Devore indicated that he had been up for "7 days," which the officer noted was indicative of a methamphetamine user. The white substance subsequently tested positive for methamphetamine.

While not articulated on the submitted report completed by the arresting officer, Possession of a Controlled Substance, is a violation of R.C.W. 69.50.4013, and a Class C felony, while Possession of a Dangerous Weapon is a violation of R.C.W. 9.41.250, and a gross misdemeanor. According to court records, Mr. Devore's next scheduled court hearing on this matter is scheduled for October 23, 2017, with a pretrial conference scheduled for November 13, 2017.

8      **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: On December 30, 2014, Mr. Joshua Devore signed his conditions for case number 2:07CR00038-RHW-2, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Devore was made aware by his U.S. probation officer that he was required to remain in the Eastern District of Washington unless permission was received by the U.S. Probation Office or the Court to leave this geographical confine.

Mr. Devore is alleged to have violated mandatory condition number 2 by being arrested in Grays Harbor County, located in Washington State, on September 29, 2017, with charges recommended by the arresting officer for a violation of the uniformed controlled substances act and possession of a dangerous weapon.

At no time was Mr. Devore given permission by the U.S. Probation Office or the Court to travel to this area and out of the Eastern District of Washington.

Given the facts and circumstances present in this case, it is respectfully requested that the violations alleged herein be incorporated in future proceedings with the violations previously reported to the Court on 04/10/2017, 04/25/2017, 07/20/2017, and 09/27/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      October 11, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Devore, Joshua Leland**
**October 11, 2017**
**Page 3**

THE COURT ORDERS

[ ]   No Action

[ ]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[X]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_____
Signature of Judicial Officer

_____
October 12, 2017

Date